UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br>     Plaintiff, <br> v. <br> **Authentic Sole LLC**, a California Limited Liability Company, <br>     Defendants. | Case No.: 2:21-cv-00437-WBS-DB <br><br> **ORDER ON REQUEST TO CONTINUE SCHEDULING CONFERENCE** <br><br> Complaint Filed: March 11, 2021 <br> Trial Date: N/A |

Having read the request to Continue Status (Pretrial Scheduling) Conference and finding good cause it is hereby ordered that the deadline for the Joint Status Report be continued to **August 30, 2021** and the Status (Pretrial Scheduling) Conference, be continued to **September 13, 2021 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: June 25, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE