UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker ,** | Case No.: 2:21-cv-00437-WBS-DB |
| Plaintiff, | **ORDER ON REQUEST TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| **Authentic Sole LLC**, a California Limited Liability Company, | Complaint Filed:  March 11, 2021 |
| Defendants. | Trial Date:           N/A |

Having read and considered the request to Continue Status (Pretrial Scheduling) Conference and finding good cause it is hereby ordered that the deadline for the filing of a further Status Report or Plaintiff's Motion for Default judgment be continued to <u>December 27, 2021.</u>  The  Scheduling Conference is continued to <u>February 14, 2022 at 1:30 p.m</u>.

IT IS SO ORDERED.

Dated:  November 23, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-